# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO S. AGUILAR, | Case No.  1: 21-cv-01690-DAD-SAB |
| Plaintiff, | ORDER GRANTING IN PART *EX PARTE* APPLICATION TO EXTEND THE TIME TO HOLD RULE 26(f) CONFERENCE |
| v. | |
| APPLIED UNDERWRITERS, INC., | (ECF No. 8) |
| Defendant. | |

Plaintiff is proceeding *pro se* in this action initially filed in Madera County Superior Court.  (ECF No. 1.)  This action was removed to this Court on November 24, 2021.  (Id.)  A scheduling conference is currently set for August 2, 2022.  (ECF No. 7.)  On December 1, 2021, Defendant filed a motion to dismiss that is currently pending before the District Judge.  (ECF No. 3.)  On July 14, 2022, Defendant filed an *ex parte* application to extend the time to hold the scheduling conference.  (ECF No. 8.)  Defendant proffers that good cause exists to continue the conference because of the pending motion to dismiss, and because communications with the Plaintiff have proven impossible at this time due to a disconnected phone number.  (ECF No. 8.)  Defendant requests the time for the scheduling conference be extended until after the Court issues an order on the pending motion to dismiss.

Local Rule 144(c) provides that the "Court may, in its discretion, grant an initial extension ex parte upon the affidavit of counsel that a stipulation extending time cannot

reasonably be obtained, explaining the reasons why such a stipulation cannot be obtained and the reasons why the extension is necessary." Given the proffered reason for the extension, and the basis for seeking *ex parte* relief, the Court finds good cause to grant the Defendant's application to extend the time to hold the scheduling conference.

As the Court advised Defendant previously, the Court monitors upcoming scheduling conferences, and the Court would have *sua sponte* continued this scheduling conference due to the pending motion to dismiss. Due to the impacted nature of the Court, the scheduling conference shall be continued for a period of approximately 180 days. The parties are informed the Court will *sua sponte* continue the conference an additional period if the motion to dismiss is still pending.

Accordingly, IT IS HEREBY ORDERED that:

1.   Defendant's *ex parte* application (ECF No. 8) is GRANTED;

2.   The scheduling conference set for August 2, 2022, is CONTINUED to **February 21, 2023, at 10:00 a.m.** in Courtroom 9; and

3.   The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **July 16, 2022**

UNITED STATES MAGISTRATE JUDGE